■ SALLY LANGNER et al. v. JESSUP HOLDING, INC., et al. JESSUP HOLDING, INC., v. MAINTENANCE COMPANY, INC.— Motion to dismiss appeal granted, with $10 costs, unless appellants, Jessup Holding, Inc., and Maintenance Company, Inc., procure the record on appeal and appellants' points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ SALLY LANGNER et al. v. JESSUP HOLDING, INC., et al. JESSUP HOLDING, INC., v. MAINTENANCE COMPANY, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant, Jessup Holding, Inc., procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ VINCENT FERRARA v. REVLON PRODUCTS CORPORATION.— Motion granted insofar as to permit the appeal to be heard upon a typewritten record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten record and one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondent, and files 6 copies of the typewritten record, and 6 typewritten or 19 mimeographed copies of appellant's points, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ WINKLER CREDIT CORPORATION v. UNITED PIPE NIPPLE CO., INC. UNITED PIPE NIPPLE CO., INC. v. PENNSON INTERNATIONAL CORPORATION.— Motion granted upon condition that the appellant procures the appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ JACOB GOODMAN & COMPANY, INC., v. LAURA L. NELSON.— Motion granted upon the condition set forth in the order to show cause, dated April 24, 1959, and upon the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES DOCETI.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.